IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSEPH WILLIAMS, | * |
| Movant, | * |
| v. | Case No. **5:19-cr-00030-MTT-CHW-2** |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 7, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 8th day of September, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk